UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lori Irish,

       Petitioner,

v.

N. C. English, Warden,

       Respondent.

ORDER
Civil No. 11-1544 (MJD/JJK)

_____

The above-entitled matter comes before the Court upon Petitioner's objection to the Report and Recommendation of United States Magistrate Judge Jeffrey J Keyes dated September 23, 2011.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1)(B); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED that:

1. The Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED; and

2. Petitioner's Motion to Compel [Doc. No. 3] is DISMISSED AS MOOT.

3. This matter is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY

Date: November 8, 2011

                        s/ Michael J. Davis
                        Michael J. Davis
                        Chief Judge
                        United States District Court