UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lori Irish,

       Petitioner,

v.                                             ORDER
                                             Civil No. 11-1544 (MJD/JJK)

N. C. English, Warden,

       Respondent.

_____

       The above-entitled matter comes before the Court upon Petitioner's objection to the Report and Recommendation of United States Magistrate Judge Jeffrey J Keyes dated September 23, 2011.

       Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1)(B); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation in its entirety.

       IT IS HEREBY ORDERED that:

       1.       The Petition for Writ of Habeas Corpus  [Doc. No. 1] is DENIED; and

       2.       Petitioner's Motion to Compel [Doc. No. 3] is DISMISSED AS MOOT.

3. This matter is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY

Date: November 8, 2011

                        s/ Michael J. Davis
                        Michael J. Davis
                        Chief Judge
                        United States District Court